UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 3:19-cv-2494 |
| v. | ) Judge **Jack Zouhary** |
| **TEVKO INVESTMENTS, LTD.,** an Ohio limited liability company | ) |
| Defendant. | ) |

**STIPULATION OF DISMISAL**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

*Counsel for Plaintiff*:

\s\ Owen B Dunn Jr
Owen B. Dunn, Jr., Esq. (0074743)
Law Offices of Owen Dunn, Jr.
Valerie J. Fatica (0083812)
4334 W. Central Ave., Suite 330
Toledo, OH 43615
(419) 241-9661 – Phone
(419) 241-9737 - Facsimile

*Counsel for Defendant:*

/s/ Martin E. Mohler
Martin E. Mohler, Esq.
Mohler Law Ltd.
405 Madison Ave., Ste 1000
Toledo, OH 43604
Phone: (419) 242-1400
Email: mmohler@mohlerlawltd.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was served via the Court's e-filing system upon all counsel of record on this 27th day of April 2020.

/s/ *Owen B. Dunn*
Owen B. Dunn, Jr., Esq.

**ORDER**

Pursuant to the above Stipulation,

    IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: _____, 2020

                                                    _____
                                                  The Hon. Judge Jack Zouhary